**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00682-CV

**RUBEN MONREAL, Appellant**

**V.**

**BRUCE ALAN DOTSY D/B/A DOTSY TRUCKING SERVICE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02331-D**

## ORDER

We **GRANT** appellant's October 3, 2014 second motion for an extension of time to file a brief. Appellant shall file his brief by **NOVEMBER 3, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/  ELIZABETH LANG-MIERS
JUSTICE